**Willis WRIGHT'S EXECUTOR (Roy Gum), Movant, v. Silva CRAFT, Opposed.**

Court of Appeals of Kentucky.

November 16, 1948.

John B. Rodes and G. D. Milliken, for movant.

Rodes K. Myers, Leland Logan, August Winkenhofer, and Wilbur O. Bilyeu, opposed.

PER CURAM.

Appeal denied: Judgment affirmed.

**James CRABTREE, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

November 19, 1948.

J. Howard Holbert for movant.

A. E. Funk, Attorney General and Zeb A. Stewart, Assistant Attorney General for opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**Wesley HOLBROOK, movant, v. COMMONWEALTH of Kentucky, opposed.**

November 23, 1948.

Roy Wilhoit, for movant.

A. E. Funk, Attorney General opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.